**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Melvin Amilcar Urbina NOLASCO,
Defendant–Appellant.**

No. 02–41797.

United States Court of Appeals,
Fifth Circuit.

Dec. 1, 2003.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

507

James Lee Turner, Renata Ann Gowie, Assistant US Attorney, US Attorney's Office, Houston, TX, Mark Michael Dowd, US Attorney's Office, Brownsville, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Sandra Zamora Zayas, Assistant Federal Public Defender, Aurora Ruth Bearse, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM.*

Melvin Urbina Nolasco claims the district court erred in sentencing by assigning criminal history points for his prior uncounseled conviction of illegal reentry, because that conviction was obtained in violation of the Sixth Amendment. We have reviewed the briefs, pertinent portions of the record, and the applicable authorities and have heard the arguments of counsel. In the prior proceeding, Urbina Nolasco knowingly and intelligently waived counsel, so there was no constitutional violation.

Urbina Nolasco challenges his conviction on the ground that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Urbina Nolasco acknowledges that this issue is foreclosed by binding precedent, and he is raising it to preserve it for further review.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The judgment of conviction and sentence is AFFIRMED.

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.